UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LIONEL WOMACK,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY RODRIGUEZ,<br><br>    Defendant. | Case No. 2:20-cv-02638-HLT-GEB |

**CONSENT MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Z'iontae L. Womack, as the duly appointed Administrator of Lionel Womack's estate, hereby moves to be substituted as Plaintiff in this action pursuant to Federal Rule of Civil Procedure 25(a) (*see* Exhibit 1, Letters of Administration). This motion is made within 90 days of the Suggestion of Death as to Lionel Womack (Doc. 53) and is thus timely. Fed. R. Civ. P. 25(a)(3). Defendant consents to this substitution.

Respectfully submitted:

*/s/ Michael T. Crabb*
Michael J. Kuckelman    KS #14587
Michael T. Crabb    KS #24395
Jennifer H. Salva    KS #28244
KUCKELMAN TORLINE KIRKLAND, LLC
10740 Nall Ave., Suite 250
Overland Park, Kansas 66211
(913) 948-8610 / Fax: (913) 948-8611
mkuckelman@ktk-law.com
mcrabb@ktk-law.com
jsalva@ktk-law.com

*Attorneys for Plaintiff Z'iontae L. Womack, as Administrator of the Estate of Lionel Womack*

{00640632}

## CERTIFICATE OF SERVICE

I certify that on May 26, 2022, the foregoing was filed using the Court's CM/ECF system which automatically provides notice to all counsel of record.

>       /s/ Michael T. Crabb
>     Attorney