IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
PROBATE DEPARTMENT

| | | |
|---|---|---|
| In the Matter of the Estate of | ) | Case No. |
| LIONEL A. WOMACK, | ) | Div. 8 |
| Deceased | ) | |

## LETTERS OF ADMINISTRATION ISSUED
## UNDER THE KANSAS SIMPLIFIED ESTATES ACT

KNOW ALL PERSONS BY THESE PRESENTS:

Z'IONTAE L. WOMACK, a resident of Kansas City, Kansas, having been appointed and qualified as Administrator of the Estate of LIONEL A. WOMACK, Deceased, is hereby granted Letters of Administration in the Estate issued under the Kansas Simplified Estates Act, with full power and authority as provided by law.

IN WITNESS WHEREOF, I, Honorable Kathleen M. Lynch, Judge of the District Court, have subscribed my name and affixed the seal of the Court in the City of Wyandotte County, Kansas, on the date stamped.

**Prepared by**:

/s/ Joseph R. Esry
**Joseph R. Esry, KS # 26750**

**Samara Nazir, KS # 24043**
**PARMAN & EASTERDAY**
10740 Nall, Suite 160
Overland Park, Kansas 66211
Telephone: (913) 385-9400
Fax: (913) 385-9422
jesry@parmanlaw.com
Snazir@parmanlaw.com
**Attorneys for Personal Representative**